PONDER, Justice.

For the reasons assigned in the case of City of New Orleans v. Larroux et al., consolidated with three other cases, 14 So.2d 812,[1] this day handed down; it is ordered that the judgment of the lower court is amended so as to award the defendant $400 per acre for the lands taken. As thus amended, the judgment of the lower court is affirmed. Cost of this appeal is to be paid by appellees.

**14 So.2d 814**

**CITY OF NEW ORLEANS v. Frank CASS et al.**

**No. 36676.**

June 21, 1943.

Francis P. Burns and Leo L. Dubourg, both of New Orleans, for appellants.

Salvador T. Cristina, of New Orleans, Frank H. Langridge, of Gretna, and James E. Courtin, of New Orleans, for appellees.

PONDER, Justice.

For the reasons assigned in the case of City of New Orleans v. Larroux et al., consolidated with three other cases, 14 So. 2d 812,[1] this day handed down; it is ordered that the judgment of the lower court

is amended so as to award the defendant $400 per acre for the lands taken. A's thus amended, the judgment of the lower court is affirmed. Cost of this appeal is to be paid by appellees.

**14 So.2d 814**

**CITY OF NEW ORLEANS v. Pietro and Joseph CEREVALLO et al.**

**No. 36675.**

June 21, 1943.

Francis P. Burns and Leo L. Dubourg, both of New Orleans, for plaintiff and appellant.

Salvador T. Cristina and James E. Courtin, both of New Orleans, for defendants and appellants.

PONDER, Justice:

For the reasons assigned in the case of City of New Orleans v. Larroux et al., consolidated with three other cases, 14 So.2d 812,[1] this day handed down; it is ordered that the judgment of the lower court is amended so as to award the defendant $400 per acre for the lands taken. As thus amended, the judgment of the lower court is affirmed. Cost of this appeal is to be paid by appellees.

[1] 203 La. 990.